IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON ROBINSON,

      Petitioner,                    No.  2:13-cv-0536 CKD P

    vs.

WARDEN FAULK, et al.,

      Respondents.              ORDER

_____/

        Petitioner, a California prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The application attacks a conviction issued by the Superior Court of San Bernardino County.  While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Bernardino County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Central District of California.
3  Dated: April 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
robi0536.108