1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JASON ROBINSON,

11            Petitioner,              No.  2:13-cv-0536 CKD P

12        vs.

13   WARDEN FAULK, et al.,

14            Respondents.            ORDER

15   _____/

16            Petitioner, a California prisoner proceeding pro se, has filed an application for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The application attacks a conviction issued

18   by the Superior Court of San Bernardino County.  While both this court and the United States

19   District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th

20   Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the

21   resolution of petitioner's application are more readily available in San Bernardino County.  Id. at

22   499 n.15; 28 U.S.C. § 2241(d).

23   /////

24   /////

25   /////

26   /////

                                    1

1       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

2  matter is transferred to the United States District Court for the Central District of California.

3  Dated: April 1, 2013

4

5                                   CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

6

7

  1
8  robi0536.108

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2